UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

AMORE LOVE,

                       Petitioner.            1:21-CV-64

-------------------------------------

APPEARANCES:                     OF COUNSEL:

Amore Love
Petitioner, Pro Se
c/o St. Mary's Episcopal Church
521 West 126th Street
New York, NY 10027

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se "petitioner" Amore Love ("petitioner") filed this action in an effort to challenge the November 3, 2020 presidential election. On January 26, 2021, U.S. Magistrate Judge Andrew T. Baxter advised by Report & Recommendation that petitioner's complaint be dismissed for lack of subject matter jurisdiction and as frivolous. Dkt. No. 4. Petitioner has not objected.

     Upon review for clear error, the Report & Recommendation is accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

     Therefore, it is

     ORDERED that

     1. Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction and as a frivolous filing; and

    2.  The Clerk of the Court is directed to serve a copy of this Decision and Order upon petitioner in accordance with the Local Rules.

    IT IS SO ORDERED.

Dated: February 16, 2021
       Utica, New York.

_____
United States District Judge